IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) |  |
| v. | ) ) | No. |
| THE UNITED STATES, | ) ) ) |  |
| Defendant. | ) |  |

### NOTICE OF APPEARANCE

To the Clerk:

 Please enter the appearance of _____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C.  20044

_____

Commercial Litigation Branch<br>
Civil Division

Dated: